**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

WATER STREET SEAFOOD INC, et al.,

    Plaintiffs,

vs.                                                 CASE NO.: 4:10-CV-162-SPM/WCS

BP PLC, et al.,

    Defendants.

_____/

**ORDER STAYING ALL PROCEEDINGS
PENDING JPML DECISION**

THIS CAUSE comes before the Court upon the BP Defendants' Motion to Stay the Proceedings (doc. 6), which Defendant Halliburton Energy Services Inc. has joined (doc. 8). This case involves a suit to recover damages arising out of a recent oil rig explosion and ensuing oil spill from a BP oil well. Defendants request that this Court stay all proceedings in this case pending a ruling from the Judicial Panel on Multidistrict Litigation ("JPML") on whether several related cases involving this incident, including the instant case, will be consolidated. The Court finds this request to be reasonable, as the stay will preserve judicial resources in the event that the cases are ultimately consolidated. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. The BP Defendants' Motion to Stay (doc. 6) is hereby **granted**.

2. All proceedings in this case are temporarily stayed, pending the JPML's final decision on whether to consolidate the actions arising from the BP oil rig explosion and subsequent oil spill.

3. Parties shall file a status report as soon as a decision has been made by the JPML as to the request to consolidate the cases.

DONE AND ORDERED this <u>eighteenth</u> day of May, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge